## Fred W. Hartman et al., Appellees, v. City of Chicago, Appellant.

### Gen. Nos. 45,253, 45,289. 

John J. Mortimer, Acting Corporation Counsel, for appellant; L. Louis Karton, Head of Appeals and Review Division, and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Michael F. Ryan for appellees; Richard F. McPartlin, Jr., of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed March 13, 1951; rehearing denied April 4, 1951; released for publication April 6, 1951.